

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Trucept, Inc. formerly known as Smart Tek Solutions, Inc.<br><br>Plaintiff,<br>V.<br><br>United States Internal Revenue Service<br><br>Defendant. | Civil Action No. 15-cv-00447-BTM-JMA<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

For The Reasons Set Forth In The Entered Order [ECF 48], The Court Grants Defendant's Motion For Summary Judgment, Denies Plaintiff's Motion for Summary Judgment And Enters Final Judgment In This Case.

Date: 9/27/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ S. Mitchell
S. Mitchell, Deputy